# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
**PATRICK ROBISON** ) Case No. 10 MJ 1173 - KLM
_Defendant_ )

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

11/1/10        _Pat W. Ro_____
_____
_Defendant's signature_

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
_Defendant's signature_

The United States consents to the jury-trial waiver: _____
_Government representative's signature_

_____
_Government representative's printed name and title_

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
_Defendant's signature_

_____        _____
_Printed name of defendant's attorney (if any)_        _Signature of defendant's attorney (if any)_

Date: __11/1/10__        Approved by: _____
_Magistrate Judge's signature_