PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. PATRICK W. ROBISON　　　　　　　　　　Docket Number: 10-mj-01173-KLM-01

## Petition to Withdraw Probation Violation Petition and Vacate Revocation Proceedings

COMES NOW, Carlos Morales, probation officer of the Court, presenting an official report upon the conduct and attitude of Patrick W. Robison who was placed on probation by the Honorable Kimberly J. Mueller sitting in the Court at Sacramento, California, on the 30th day of October, 2008, who fixed the period of probation at twenty-four (24) months, and imposed the general terms and conditions, which includes a condition prohibiting the defendant from unlawfully possessing or using a controlled substance, theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall provide the probation officer with access to any requested financial information.

3. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

4. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

5. The defendant shall comply with the conditions of home detention for a period of 90 consecutive days to commence when directed by the probation officer. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the defendant's probation officer. The defendant will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period. At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by his probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer. During the period of home detention, the defendant shall be allowed to visit his children in Florida with prior approval of the Probation Officer.

6. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

**On October 13, 2008, the defendant commenced probation in the Eastern District of California; on January 4, 2010, supervision was transferred to the District of Colorado.**

**On May 24, 2010, the conditions of probation were modified to include the following special condition:**

7. The defendant shall be placed on home detention with electronic monitoring until his scheduled probation termination date of October 29, 2010, to commence at the direction of the Probation Officer. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant shall

PROB 12
(02/05-D/CO)

be required to pay the cost of electronic monitoring as directed by the probation officer.

On October 26, 2010, jurisdiction of the defendant's case was transferred to the District of Colorado and assigned to Honorable Kristen L. Mix under Docket Number 10-mj-01173-KLM-01.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Following previous court intervention, the defendant has come into compliance with the conditions of probation.

PRAYING THAT THE COURT WILL ORDER that the probation violation petition dated October 27, 2010, be withdrawn, and that the revocation hearing scheduled for January 19, 2011, be vacated.

ORDER OF THE COURT

Considered and ordered this ___14th___ day of January, 2011, and ordered filed and made a part of the record in the above case.

_____
Kristen L. Mix
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Carlos Morales
_____
Carlos Morales
U.S. Probation Officer

Place: Denver, Colorado

Date: January 13, 2011